Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DIAZ, LUZ E.      § Case No. 11-30031
                              §
                              §
Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 22, 2011.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of     $            43,758.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 102.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 28,656.22 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/28/2017 and the deadline for filing governmental claims was 01/18/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,738.76. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,738.76, for a total compensation of $1,738.76.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $85.12, for total expenses of $85.12.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/29/2017         By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30031  
**Case Name:** DIAZ, LUZ E.

**Period Ending:** 03/29/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/22/11 (f)  
**§341(a) Meeting Date:** 08/19/11  
**Claims Bar Date:** 02/28/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Location: 2232 N. Austin Ave., Chicago, SFH - pu<br>  Orig. Description: Location: 2232 N. Austin Ave., Chicago, SFH - purchased in 2008 for $283K - mtg 1.5 yrs in, arrears; Imported from original petition Doc# 1; Exemption: Location: 2232 N. Austin Ave., Chicago IL 60639 SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears - Amount: 15000.00; Lien: Statutory Lien<br>Location: 2232 N. Austin Ave., Chicago IL 60639<br>- SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears<br>Value $ 143000 - Amount: 2103.00; Lien: First Mortgage<br>Location: 2232 N. Austin Ave., Chicago IL 60639<br>- SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears<br>Value $ 143000 - Amount: 226778.00; Lien: Second Mortgage<br>Location: 2232 N. Austin Ave., Chicago IL 60639<br>- SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears<br>Value $ 143000 - Amount: 28500.00 | 143,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>  Orig. Description: Cash on hand; Imported from Amended Doc#: 31; Exemption: Cash on hand - Amount: 60.00 | 60.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Chicago, IL<br>  Orig. Description: Chase Chicago, IL Checking & Savings Account; Imported from Amended Doc#: 31; Exemption: Chase Checking & Savings Account - Amount: 1900.00 | 1,900.00 | 0.00 | | 0.00 | FA |
| 4 | 7 Rooms of Furniture - no liens<br>  Orig. Description: 7 Rooms of Furniture - no liens; Imported from Amended Doc#: 31; Exemption: 7 | 2,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30031  
**Case Name:** DIAZ, LUZ E.

**Period Ending:** 03/29/17

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 07/22/11 (f)  
**§341(a) Meeting Date:** 08/19/11  
**Claims Bar Date:** 02/28/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|   | Rooms of Furniture - no liens - Amount: 2000.00 |   |   |   |   |   |
| 5 | Clothing<br>    Orig. Description: Clothing; Imported from Amended Doc#: 31; Exemption: Clothing - Amount: 250.00 | 250.00 | 0.00 |   | 0.00 | FA |
| 6 | Life Insurance - Term Life - $25,000.00<br>    Orig. Description: Life Insurance - Term Life - $25,000.00; Imported from Amended Doc#: 31 | 0.00 | 0.00 |   | 0.00 | FA |
| 7 | Luz E. Diaz vs, Coloplast Corp. Mesh Litigation  (u)<br>    Orig. Description: Luz E. Diaz vs, Coloplast Corp. Mesh Litigation; Imported from Amended Doc#: 31; Exemption: Luz E. Diaz vs, Coloplast Corp. Automobiles, Trucks, Trailers, and Other Vehicles - Amount: 15000.00 | 66,000.00 | 0.00 |   | 43,758.89 | FA |
| 8 | 2001 Mitsubishi - 170,000 miles<br>    Orig. Description: 2001 Mitsubishi - 170,000 miles; Imported from Amended Doc#: 31 | 800.00 | 0.00 |   | 0.00 | FA |
| 8 | **Assets   Totals** (Excluding unknown values) | **$214,010.00** | **$0.00** |   | **$43,758.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017        **Current Projected Date Of Final Report (TFR):**   June 30, 2017

Case 11-30031    Doc 39    Filed 04/21/17    Entered 04/21/17 15:42:23    Desc Main
Document      Page 5 of 11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-30031 | | **Trustee:** | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| **Case Name:** | DIAZ, LUZ E. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5366 - Checking Account |
| **Taxpayer ID #:** | **-***9381 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/29/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/27/16 | {7} | Waters & Kraus Johnson Law Group QSF | Mesh litiigation settlement approved 12/6/16 Dkt # 32 | 1242-000 | 43,758.89 | | 43,758.89 |
| 12/30/16 | 101 | Luz Diaz | payment of exemption per order dted 12/6/16 Dkt 3 32 | 8100-002 | | 15,000.00 | 28,758.89 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 28,748.89 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.16 | 28,694.73 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.51 | 28,656.22 |
| | | | **ACCOUNT TOTALS** | | 43,758.89 | 15,102.67 | **$28,656.22** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 43,758.89 | 15,102.67 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,758.89** | **$102.67** | |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts : | 43,758.89 | | **TOTAL - ALL ACCOUNTS** | | | |
| Less Payments to Debtor : | 15,000.00 | | **Checking # ******5366** | 43,758.89 | 102.67 | 28,656.22 |
| Net Estate : | $28,758.89 | | | **$43,758.89** | **$102.67** | **$28,656.22** |

{} Asset reference(s)  Printed: 03/29/2017 02:02 PM   V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 28, 2017

**Case Number:** 11-30031  
**Debtor Name:** DIAZ, LUZ E.

Page: 1

**Date:** March 29, 2017  
**Time:** 02:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $85.12 | $0.00 | 85.12 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 9887.60] | $1,738.76 | $0.00 | 1,738.76 |
| NOTFILED 100 | Cook County Treasurer<br>P.O. Box 4468<br>Carol Stream, IL 60197 | Secured | XX-XX-XXX-XXX-0000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | IndyMac Bank Home Loan Servicing<br>P.O. Box 78826<br>Phoenix, AZ 85062 | Secured | XXXXXX6134 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Silver State Mortgage Company<br>2485 Village View Drive, 3rd Fl<br>Henderson, NV 89074 | Secured | XXXXXX9086 | $0.00 | $0.00 | 0.00 |
| 1 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | XXXX-XXXX-XXXX-7640 | $265.85 | $0.00 | 265.85 |
| 2 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | XXXXXXX8264 | $983.87 | $0.00 | 983.87 |
| 3 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | XXXXX3215 | $1,045.22 | $0.00 | 1,045.22 |
| 4 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | XXXXX4417 | $513.07 | $0.00 | 513.07 |
| 5 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | XXXXXXXXXXXX8999 | $618.14 | $0.00 | 618.14 |
| 6 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | XXXXXXXXXXXX9576 | $365.30 | $0.00 | 365.30 |
| 7 610 | Wells Fargo Bank NA<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Unsecured | XXXX-XXXX-XXXX-8638 | $2,095.56 | $0.00 | 2,095.56 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 28, 2017

**Case Number:** 11-30031  
**Debtor Name:** DIAZ, LUZ E.

Page: 2

**Date:** March 29, 2017  
**Time:** 02:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610 | Wells Fargo Bank NA<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Unsecured | XXXXXXXXXXXX5438 | $1,993.32 | $0.00 | 1,993.32 |
| NOTFILED<br>610 | Chase Cardmember Service<br>P.O. box 15153<br>Wilmington, DE 19886 | Unsecured | XXXX-XXXX-XXXX-9923 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Dell Preferred Account Payment Processing Center<br>P.O. Box 6403<br>Carol Stream, IL 60197 | Unsecured | XXXXXXXXXXXXXX7612 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Fingerhut<br>P.O. Box 166<br>Newark, NJ 07101 | Unsecured | XXXXXXXXXXXXXX5852 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Hinsdale Bank & Trust Company c/o Donald L. Newman, Esq.<br>11 S. LaSalle Street, Ste. 1500<br>Chicago, IL 60603 | Unsecured | XX XX XX9690 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | HSBC Retail Services<br>P.O. Box 17264<br>Baltimore, MD 21297 | Unsecured | XXXXXXXXXXXX0629 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | HSBC Retail Services<br>P.O. Box 17264<br>Baltimore, MD 21297 | Unsecured | XXXXXXXXXXXX0548 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Kohl's Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201 | Unsecured | XXX-XXX6-000 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Macys<br>P.O. Box 9475<br>Minneapolis, MN 55440 | Unsecured | XXXXXXXX7800 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Menards Retail Services<br>P.O. Box 15521<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX0548 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459 | Unsecured | XXXXXXXXXXXXX9179 | $0.00 | $0.00 | 0.00 |
| 1I<br>640 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | XXXX-XXXX-XXXX-7640 | $2.72 | $0.00 | 2.72 |
| 2I<br>640 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | XXXXXXX8264 | $10.08 | $0.00 | 10.08 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 28, 2017

**Case Number:** 11-30031  
**Debtor Name:** DIAZ, LUZ E.

Page: 3

**Date:** March 29, 2017  
**Time:** 02:02:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I 640 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | XXXXX3215 | $10.71 | $0.00 | 10.71 |
| 4I 640 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | XXXXX4417 | $5.26 | $0.00 | 5.26 |
| 5I 640 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | XXXXXXXXXXXX8999 | $6.33 | $0.00 | 6.33 |
| 6I 640 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | XXXXXXXXXXXX9576 | $3.74 | $0.00 | 3.74 |
| 7I 640 | Wells Fargo Bank NA PO Box 10438 MAC F8235-02F Des Moines, IA 50306-0438 | Unsecured | XXXX-XXXX-XXXX-8638 | $21.46 | $0.00 | 21.46 |
| 8I 640 | Wells Fargo Bank NA PO Box 10438 MAC F8235-02F Des Moines, IA 50306-0438 | Unsecured | XXXXXXXXXXXX5438 | $20.42 | $0.00 | 20.42 |
| SURPLUS 650 | DIAZ, LUZ E. 2232 N. AUSTIN AVE. CHICAGO, IL 60639 | Unsecured | | $18,871.29 | $0.00 | 18,871.29 |
| **<< Totals >>** | | | | 28,656.22 | 0.00 | 28,656.22 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-30031  
Case Name: DIAZ, LUZ E.  
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 28,656.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 28,656.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,738.76 | 0.00 | 1,738.76 |
| Trustee, Expenses - Ira Bodenstein | 85.12 | 0.00 | 85.12 |

Total to be paid for chapter 7 administration expenses: $ 1,823.88  
Remaining balance: $ 26,832.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 26,832.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00  
Remaining balance: $ 26,832.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 7,880.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PYOD, LLC its successors and assigns as assignee | 265.85 | 0.00 | 265.85 |
| 2 | Quantum3 Group LLC as agent for | 983.87 | 0.00 | 983.87 |
| 3 | Quantum3 Group LLC as agent for | 1,045.22 | 0.00 | 1,045.22 |
| 4 | Quantum3 Group LLC as agent for | 513.07 | 0.00 | 513.07 |
| 5 | Quantum3 Group LLC as agent for | 618.14 | 0.00 | 618.14 |
| 6 | Quantum3 Group LLC as agent for | 365.30 | 0.00 | 365.30 |
| 7 | Wells Fargo Bank NA | 2,095.56 | 0.00 | 2,095.56 |
| 8 | Wells Fargo Bank NA | 1,993.32 | 0.00 | 1,993.32 |

Total to be paid for timely general unsecured claims:    $    7,880.33
Remaining balance:    $    18,952.01

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    18,952.01

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 18,952.01

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $80.72. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,871.29.

**UST Form 101-7-TFR (05/1/2011)**