# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re** | Chapter 7 |
| **Luz E. Diaz,** | Case No. 11-30031 |
| | Hon. Timothy A. Barnes |
| **Debtor.** | |
| | Hearing Date: May 16, 2017 |
| | Hearing Time: 10:30 a.m. |

### CERTIFICATE OF SERVICE

Ira Bodenstein, an attorney, hereby certifies that he caused a true copy of the following: **Trustee's Final Report and Final Application for Compensation** to be served via the method indicated below on this 24th day of April, 2017.

By: _____/s/ Ira Bodenstein_____

## Mailing Information for 11-30031

### Electronic Mail Notice List

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- Veronica D Joyner    vdjoyner@joynerlawoffice.com, zcooper@joynerlawoffice.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
- Timothy R Yueill    timothyy@nevellaw.com

### Manual Notice List (via First Class Mail)

Luz E. Diaz
2232 N. Austin Avenue
Chicago, IL  60639

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL  60197

{11680-001 CER A0468927.DOCX}

IndyMac Bank
Home Loan Servicing
P.O. Box 78826
Phoenix, AZ  85062

Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE  19886

Dell Preferred Account
Payment Processing Center
P.O. Box 6403
Carol Stream, IL  60197

Fingerhut
P.O. Box 166
Newark, NJ  07101

Hinsdale Bank & Trust Company
c/o Donald L. Newman, Esq.
11 S. LaSalle Street, Suite 1500
Chicago, IL  60603

HSBC Retail Services
P.O. Box 17264
Baltimore, MD  21297

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI  53201

Macys
P.O. Box  9475
Minneapolis, MN  55440

Sears Credit Card
P.O. Box 183082
Columbus, OH  43218

Target National Bank
P.O. Box 59317
Minneapolis, MN  55459

Wells Fargo Financial Cards
P.O. Box 98795
Las Vegas, NV  89193

WFNNB/Ashley Stewart
4590 E. Broad Street
Columbus, OH  43213