# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DIAZ, LUZ E.                                          § Case No. 11-30031
                                                             §
                                                             §
Debtor(s)                                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

    Assets Abandoned: $148,010.00              Assets Exempt: $35,010.00
    *(without deducting any secured claims)*

    Total Distribution to Claimants: $7,961.05    Claims Discharged
                                                  Without Payment: $27,713.00

    Total Expenses of Administration: $1,901.55

3) Total gross receipts of $ 43,758.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 33,896.29 (see **Exhibit 2**), yielded net receipts of $9,862.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $257,381.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,926.55 | 1,926.55 | 1,901.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,641.00 | 7,961.05 | 7,961.05 | 7,961.05 |
| **TOTAL DISBURSEMENTS** | $293,022.00 | $9,887.60 | $9,887.60 | $9,862.60 |

4) This case was originally filed under Chapter 7 on July 22, 2011. The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2017        By: /s/Ira Bodenstein
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Luz E. Diaz vs, Coloplast Corp. Mesh Litigation | 1242-000 | 43,758.89 |
| **TOTAL GROSS RECEIPTS** | | **$43,758.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Luz Diaz | payment of exemption per order dted 12/6/16 Dkt 3 32 | 8100-002 | 15,000.00 |
| DIAZ, LUZ E. | Dividend paid 100.00% on $18,871.29; Claim# SURPLUS; Filed: $18,871.29; Reference: Need to change reduce expenses by $25 and increase surplus by $25 | 8200-002 | 0.00 |
| DIAZ, LUZ E. | Surplus funds increased by $25 per court order Dkt # 44 | 8200-002 | 18,896.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$33,896.29** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Silver State Mortgage Company | 4110-000 | 28,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 4110-000 | 2,103.00 | N/A | N/A | 0.00 |
| NOTFILED | IndyMac Bank Home Loan Servicing | 4110-000 | 226,778.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$257,381.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,738.76 | 1,738.76 | 1,738.76 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 85.12 | 85.12 | 60.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.16 | 54.16 | 54.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.51 | 38.51 | 38.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,926.55** | **$1,926.55** | **$1,901.55** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 157.00 | 265.85 | 265.85 | 265.85 |
| 1I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 2.72 | 2.72 | 2.72 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 1,047.00 | 983.87 | 983.87 | 983.87 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 10.08 | 10.08 | 10.08 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim # | Claimant | Tran Code | Scheduled | Claimed | Allowed | Paid |
|---|---|---|---:|---:|---:|---:|
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 1,082.00 | 1,045.22 | 1,045.22 | 1,045.22 |
| 3I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 10.71 | 10.71 | 10.71 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 532.00 | 513.07 | 513.07 | 513.07 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 5.26 | 5.26 | 5.26 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 645.00 | 618.14 | 618.14 | 618.14 |
| 5I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 6.33 | 6.33 | 6.33 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | 388.00 | 365.30 | 365.30 | 365.30 |
| 6I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 3.74 | 3.74 | 3.74 |
| 7 | Wells Fargo Bank NA | 7100-000 | 2,093.00 | 2,095.56 | 2,095.56 | 2,095.56 |
| 7I | Wells Fargo Bank NA | 7990-000 | N/A | 21.46 | 21.46 | 21.46 |
| 8 | Wells Fargo Bank NA | 7100-000 | 1,984.00 | 1,993.32 | 1,993.32 | 1,993.32 |
| 8I | Wells Fargo Bank NA | 7990-000 | N/A | 20.42 | 20.42 | 20.42 |
| NOTFILED | Macys | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 1,689.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 593.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company c/o Donald L. | 7100-000 | 15,502.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Payment Center | 7100-000 | 1,334.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 1,086.00 | N/A | N/A | 0.00 |
| NOTFILED | Fingerhut | 7100-000 | 844.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Preferred Account Payment Processing Center | 7100-000 | 3,431.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 2,384.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$35,641.00** | **$7,961.05** | **$7,961.05** | **$7,961.05** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30031  
**Case Name:** DIAZ, LUZ E.

**Period Ending:** 12/07/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/22/11 (f)  
**§341(a) Meeting Date:** 08/19/11  
**Claims Bar Date:** 02/28/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2232 N. Austin Ave., Chicago, SFH - pu<br>  Orig. Description: Location: 2232 N. Austin Ave., Chicago, SFH - purchased in 2008 for $283K - mtg 1.5 yrs in, arrears; Imported from original petition Doc# 1; Exemption: Location: 2232 N. Austin Ave., Chicago IL 60639 SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears - Amount: 15000.00; Lien: Statutory Lien<br>Location: 2232 N. Austin Ave., Chicago IL 60639<br>- SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears<br>Value $ 143000 - Amount: 2103.00; Lien: First Mortgage<br>Location: 2232 N. Austin Ave., Chicago IL 60639<br>- SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears<br>Value $ 143000 - Amount: 226778.00; Lien: Second Mortgage<br>Location: 2232 N. Austin Ave., Chicago IL 60639<br>- SFH - purchased in 2008 for $283K - mtg 1.5 yrs in arrears<br>Value $ 143000 - Amount: 28500.00 | 143,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>  Orig. Description: Cash on hand; Imported from Amended Doc#: 31; Exemption: Cash on hand - Amount: 60.00 | 60.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Chicago, IL<br>  Orig. Description: Chase Chicago, IL Checking & Savings Account; Imported from Amended Doc#: 31; Exemption: Chase Checking & Savings Account - Amount: 1900.00 | 1,900.00 | 0.00 | | 0.00 | FA |
| 4 | 7 Rooms of Furniture - no liens<br>  Orig. Description: 7 Rooms of Furniture - no liens; Imported from Amended Doc#: 31; Exemption: 7 | 2,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-30031  
**Case Name:** DIAZ, LUZ E.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/22/11 (f)  
**§341(a) Meeting Date:** 08/19/11  

**Period Ending:** 12/07/17  
**Claims Bar Date:** 02/28/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Rooms of Furniture - no liens - Amount: 2000.00 |  |  |  |  |  |
| 5 | Clothing<br>    Orig. Description: Clothing; Imported from Amended Doc#: 31; Exemption: Clothing - Amount: 250.00 | 250.00 | 0.00 |  | 0.00 | FA |
| 6 | Life Insurance - Term Life - $25,000.00<br>    Orig. Description: Life Insurance - Term Life - $25,000.00; Imported from Amended Doc#: 31 | 0.00 | 0.00 |  | 0.00 | FA |
| 7 | Luz E. Diaz vs, Coloplast Corp. Mesh Litigation (u)<br>    Orig. Description: Luz E. Diaz vs, Coloplast Corp. Mesh Litigation; Imported from Amended Doc#: 31; Exemption: Luz E. Diaz vs, Coloplast Corp. Automobiles, Trucks, Trailers, and Other Vehicles - Amount: 15000.00 | 66,000.00 | 0.00 |  | 43,758.89 | FA |
| 8 | 2001 Mitsubishi - 170,000 miles<br>    Orig. Description: 2001 Mitsubishi - 170,000 miles; Imported from Amended Doc#: 31 | 800.00 | 0.00 |  | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$214,010.00** | **$0.00** |  | **$43,758.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

    03/29/2017 - TFR submitted  
    04/21/2017 - TFR apprroved and filed;hearing set for 05/16/2017

    03/29/2017 - TFR submitted  
    04/21/2017- TFR approved and filed;hearing on 5/16/2017

**Initial Projected Date Of Final Report (TFR):**  June 30, 2017      **Current Projected Date Of Final Report (TFR):**  April 21, 2017  (Actual)

Printed: 12/07/2017 12:45 PM  V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-30031 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | DIAZ, LUZ E. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***9381 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/07/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/16 | {7} | Waters & Kraus Johnson Law Group QSF | Mesh litiigation settlement approved 12/6/16 Dkt # 32 | 1242-000 | 43,758.89 | | 43,758.89 |
| 12/30/16 | 101 | Luz Diaz | payment of exemption per order dted 12/6/16 Dkt 3 32 | 8100-002 | | 15,000.00 | 28,758.89 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 28,748.89 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.16 | 28,694.73 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.51 | 28,656.22 |
| 05/18/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $85.12, Trustee Expenses; Reference: Need to change reduce expenses by $25 and increase surplus by $25 Voided on 05/18/17 | 2200-000 | | 85.12 | 28,571.10 |
| 05/18/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $85.12, Trustee Expenses; Reference: Need to change reduce expenses by $25 and increase surplus by $25 Voided: check issued on 05/18/17 | 2200-000 | | -85.12 | 28,656.22 |
| 05/18/17 | 103 | Ira Bodenstein | Dividend paid 100.00% on $1,738.76, Trustee Compensation; Reference: | 2100-000 | | 1,738.76 | 26,917.46 |
| 05/18/17 | 104 | DIAZ, LUZ E. | Dividend paid 100.00% on $18,871.29; Claim# SURPLUS; Filed: $18,871.29; Reference: Need to change reduce expenses by $25 and increase surplus by $25 Voided on 05/18/17 | 8200-002 | | 18,871.29 | 8,046.17 |
| 05/18/17 | 104 | DIAZ, LUZ E. | Dividend paid 100.00% on $18,871.29; Claim# SURPLUS; Filed: $18,871.29; Reference: Need to change reduce expenses by $25 and increase surplus by $25 Voided: check issued on 05/18/17 | 8200-002 | | -18,871.29 | 26,917.46 |
| 05/18/17 | 105 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#1,1I Stopped on 09/18/17 | 7100-000 | | 268.57 | 26,648.89 |
| 05/18/17 | 106 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,3,4,5,6,2I,3I,4I,5I,6I Stopped on 09/18/17 | 7100-000 | | 3,561.72 | 23,087.17 |
| 05/18/17 | 107 | Wells Fargo Bank NA | Combined Check for Claims#7,8,7I,8I Stopped on 09/18/17 | 7100-000 | | 4,130.76 | 18,956.41 |
| 05/18/17 | 108 | Ira Bodenstein | | 2200-000 | | 60.12 | 18,896.29 |
| 05/18/17 | 109 | DIAZ, LUZ E. | Surplus funds increased by $25 per court order Dkt # 44 | 8200-002 | | 18,896.29 | 0.00 |

Subtotals : $43,758.89 $43,758.89

{} Asset reference(s)     Printed: 12/07/2017 12:45 PM   V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-30031 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | DIAZ, LUZ E. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***9381 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/07/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/18/17 | 105 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#1,1I<br>Stopped: check issued on 05/18/17 | | 7100-000 | | -268.57 | 268.57 |
| 09/18/17 | 106 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,3,4,5,6,2I,3I,4I,5I,6I<br>Stopped: check issued on 05/18/17 | | 7100-000 | | -3,561.72 | 3,830.29 |
| 09/18/17 | 107 | Wells Fargo Bank NA | Combined Check for Claims#7,8,7I,8I<br>Stopped: check issued on 05/18/17 | | 7100-000 | | -4,130.76 | 7,961.05 |
| 09/18/17 | 110 | PYOD, LLC , assignee of Citibank (South Dakota) N.A. | Combined check for Claims # 1 ,1I | | | | 268.57 | 7,692.48 |
| | | | Ref #<br>XXXX-XXXX-XXXX-7640 | 265.85 | 7100-000 | | | 7,692.48 |
| | | | Ref #<br>XXXX-XXXX-XXXX-7640 | 2.72 | 7990-000 | | | 7,692.48 |
| 09/18/17 | 111 | Quantum 3 Group, LLC as agent for | Combined check for Claim #s 2,3,4,5,6,2I,3I,4I,5I,6I | | | | 3,561.72 | 4,130.76 |
| | | | Ref # XXXXXXX8264 | 983.87 | 7100-000 | | | 4,130.76 |
| | | | Ref # XXXXX3215 | 1,045.22 | 7100-000 | | | 4,130.76 |
| | | | Ref # XXXXXXXXXXXXXX7612 | 513.07 | 7100-000 | | | 4,130.76 |
| | | | Ref # XXXXXXXXXXXX8999 | 618.14 | 7100-000 | | | 4,130.76 |
| | | | Ref # XXXXXXXXXXXX9576 | 365.30 | 7100-000 | | | 4,130.76 |
| | | | Ref # XXXXXXX8264 | 10.08 | 7990-000 | | | 4,130.76 |
| | | | Ref # XXXXX3215 | 10.71 | 7990-000 | | | 4,130.76 |
| | | | Ref # XXXXX4417 | 5.26 | 7990-000 | | | 4,130.76 |
| | | | Ref # XXXXXXXXXXXX8999 | 6.33 | 7990-000 | | | 4,130.76 |
| | | | Ref # XXXXXXXXXXXX9576 | 3.74 | 7990-000 | | | 4,130.76 |
| 09/18/17 | 112 | Wells Fargo Bank NA | Combined check for Claims 7,8,7I,8I | | | | 4,130.76 | 0.00 |
| | | | Ref #<br>XXXX-XXXX-XXXX-8638 | 2,095.56 | 7100-000 | | | 0.00 |
| | | | Ref # XXXXXXXXXXXX5438 | 1,993.32 | 7100-000 | | | 0.00 |

Subtotals :       $0.00       $0.00

{} Asset reference(s)

Printed: 12/07/2017 12:45 PM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-30031 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | DIAZ, LUZ E. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5366 - Checking Account |
| **Taxpayer ID #:** | **-***9381 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/07/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Ref # 21.46 XXXX-XXXX-XXXX-8638 | 7990-000 | | | 0.00 |
| | | | Ref # 20.42 XXXXXXXXXXXX5438 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,758.89 | 43,758.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 43,758.89 | 43,758.89 | |
| | | | Less: Payments to Debtors | | | 33,896.29 | |
| | | | **NET Receipts / Disbursements** | | **$43,758.89** | **$9,862.60** | |

| | | |
|---|---|---|
| Net Receipts : | 43,758.89 | |
| Less Payments to Debtor : | 33,896.29 | |
| Net Estate : | $9,862.60 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5366** | 43,758.89 | 9,862.60 | 0.00 |
| | $43,758.89 | $9,862.60 | $0.00 |